**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.  CASE NO:  3:01-CR-251-HLA-MCR

**JACOBSON, et al.**

**CLERK'S CERTIFICATE**
**OF EXHIBITS AND/OR EXHIBIT SUBSTITUTES DESTRUCTION**

The following described exhibits and/or exhibit substitutes have been destroyed as authorized by Rule 5.04 of the Rules of the District Court of the United States for the Middle District of Florida:

**[X]**   See attached exhibit list.

**[ ]**   See below

Date of Destruction: **July 15TH, 2013**

  **SHERYL L. LOESCH, CLERK**

  By: /s/ L. Benoit
   Deputy Clerk

FWC

FILED IN OPEN COURT
6-21-06
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.      Case No:   3:01-cr-251-J-25-TEM

GEORGE CHANDLER, et al.
_____/

## CHANDLER'S HYDE ACT HEARING EXHIBIT LIST

#110666

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 1. | 6/21/06 | 6/21/06 | | Billing Invoices – Original (submitted with Motion) |
| 2. | | | | Billing Invoices – Update (through date of the hearing) |
| 3. | | | | Billing Invoices – Amounts Paid by Chandler |
| 4. | | | | Fee Agreements – Composite |
| 5. | | | | Firm Resume |
| 6. | | | | Affidavit of Charles B. Lembke, Esq. |
| 7. | | | | October 5, 2001 letter from Curtis S. Fallgatter to Mark Devereaux regarding proof the Government knew that Chandler was factually innocent (see ¶7). |
| 8. | ↓ | ↓ | | October 5, 2001 response from Mark Devereaux. (Dkt. 593, Ex. C) |

1

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 9. | 6/21/06 | 6/21/06 | | Government Petition for Rehearing – 11th Circuit |
| 10. | | | | Multiple Conspiracy Chart – Government's |
| 11. | | | | Chandler's Memorandum of Law (re Hour Rate Formula) |
| 12. | | | | Department of Labor Print Out – CPI |
| 13. | | | | Black's Law Dictionary Definition – "Incurred Fees" |
| 14. | | | | Black's Law Dictionary Definition – "Liability" |
| 15. | ↓ | ↓ | | Chart – Fees and costs incurred and hours expended |

110666